UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :

SAMUEL LOPEZ,                                   :

                        Plaintiff,                :

                                              :       25-CV-4399 (JMF)
            -v-                     :
                                              :       <u>ORDER</u>

1373 FIRST AVENUE ASSOCIATES LLC et al.,    :

                      Defendants.       :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant 1373 First Avenue Associates LLC was required to file an Answer no later than 21 days after being served with the Complaint. *See* ECF No. 9; Fed. R. Civ. P. 12(a)(A)(i). To date, Defendant 1373 First Avenue Associates LLC has neither appeared in the case nor filed an Answer. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 14, 2025.** The Court will invite Plaintiff to move for default judgment against Defendant 1373 First Avenue Associates if it fails to appear and answer the Complaint by that deadline.

       Plaintiff is directed to serve a copy of this Order on Defendant 1373 First Avenue Associates and to file proof of such service by **July 9, 2025.**

       SO ORDERED.

Dated: July 7, 2025
      New York, New York

                                                     _____
                                                          JESSE M. FURMAN
                                                    United States District Judge